# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **LAND GORILLA, INC** | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:22-cv-00118-H |
| **ORIGIN BANK** | § § § | |
| Garnishee. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to federal rule of civil procedure 41(a)(1), Plaintiff, Land Gorilla, Inc., stipulates to the dismissal of all its claims with prejudice. Because no claims remain in this case, it may now be dismissed.

Each party bears its own costs, expenses and attorney's fees. DATED: June 24, 2022.

        Respectfully submitted,

        THE HERMAN LAW FIRM

        By: */s/ Jonathan M. Herman*
            Jonathan M. Herman (TX Bar No. 24052690)
            Charles W. Hill (TX Bar No. 24063885)
            1601 Elm Street, Suite 2002
            Dallas, Texas 75201
            Telephone: (214) 624-9805
            Facsimile: (469) 383-3469
            jherman@herman-lawfirm.com
            chill@herman-lawfirm.com

        *Counsel for Plaintiff*